IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-10463-TPA |
| ANTHONY R. AMBRIZANA JR., ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| GLENN R. BARTIFAY, ESQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Applicant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF ATTORNEY FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Attorney Fees filed on May 23, 2022, Doc. No. 46, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing on Professional Fees filed on May 23, 2022, Doc. No. 47, Responses to the Application were to be filed and served no later than June 9, 2022.

It is hereby respectfully requested that the Proposed Order filed on May 23, 2022, Doc. No. 46-3, be entered by the Court.

Dated: June 10, 2022          /s/ Glenn R. Bartifay
                              GLENN R. BARTIFAY, ESQUIRE
                              Pa. Id. No. 68763
                              Attorney for Applicant

                              BARTIFAY LAW OFFICES, P.C.
                              2009 Mackenzie Way, Suite 100
                              Cranberry Township, PA 16066
                              (412) 824-4011
                              gbartifay@bartifaylaw.com