**Form 127**

**UNITED STATES BANKRUPTCY COURT**  56 − 55
**WESTERN DISTRICT OF PENNSYLVANIA**  culy

In re:                                             Bankruptcy Case No.: 20−10463−JCM

Chapter: 13

**Anthony R. Ambrizana Jr.**
  Debtor(s)

## NOTICE OF TRANSFERRED CLAIMS

Notice is hereby given that the following claims have been transferred, and that any objections to said transfer must be filed within twenty−one (21) days of this notice.

**CLAIMS TRANSFERRED**

**FROM**

NDF1, LLC

**TO**

B&B Capital. LLC


Date: November 6, 2023                             Michael R. Rhodes
                                                   Clerk, U.S. Bankruptcy Court
                                                   U.S. Courthouse, Room B160
                                                   17 South Park Row
                                                   Erie, PA 16501

cm: Transferor, Transferee,
    Debtor's Attorney, Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10463-JCM |
| Anthony R. Ambrizana, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 06, 2023 | Form ID: 127 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony R. Ambrizana, Jr., 470 Superior St., Hermitage, PA 16148-1218 |
| 15654626 | + | B&B Capital, LLC, 1055 Parsippany Blvd., Ste. 410, Parsippany, NJ 07054-1272 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15276054 | | NDF1, LLC, 556 Garrisonville Rd, #202, Stafford, VA |
| cr | *+ | B & B Capital LLC, 1055 Parsippany Blvd., Ste. 410, Parsippany, NJ 07054-1272 |
| cr | ##+ | NDF1, LLC, 190 Stately Avenue, Fredericksburg, VA 22406-4160 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 08, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Defendant Fia Card Services NA bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Anthony R. Ambrizana Jr. gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2023 | Form ID: 127 | Total Noticed: 2 |

Glenn R. Bartifay
       on behalf of Plaintiff Anthony R. Ambrizana Jr. gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
       on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jennie Shnayder
       on behalf of Creditor NDF1 LLC jennie@shnayderlawfirm.com

Maria Miksich
       on behalf of Creditor BANK OF AMERICA N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
       on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 9